**Fill in this information to identify the case:**

Debtor 1    Tracy L. Brown

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN    District of    PA
                                                                                                                (State)

Case number    20-11807-amc

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account:    6023 ___ ___ ___

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 06.04.2020 | (5) | $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Review of Plan | 04.13.2020 | (11) | $ 250.00 |
| 12. Other. Specify: Proof of Claim 410A | 06.04.2020 | (12) | $ 250.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page **1**

Debtor 1   Tracy L. Brown
         First Name    Middle Name    Last Name

Case number (*if known*) 20-11807-amc

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Lauren M. Moyer
Signature

Date 08/13/2020

Print: Lauren M. Moyer
     First Name    Middle Name    Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

Address: 123 S. Broad Street, Suite 1400
Number    Street
Philadelphia, PA 19109
City    State    ZIP Code

Contact phone (215) 790 – 1010

Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Tracy L. Brown<br><br>　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC, or its Successor or Assignee<br>　　　　Movant<br>　　vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Tracy L. Brown<br>　　　　Respondent(s) | Chapter 13<br>Bankruptcy No. 20-11807-amc |

**CERTIFICATION OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Lauren M. Moyer, attorney for Lakeview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: August 13, 2020

| | | |
|---|---|---|
| Tracy L. Brown<br>327 Hellerman Street<br>Philadelphia, PA 19111 | ERIK B. JENSEN<br>Jensen Bagnato, PC<br>1500 Walnut St.<br>Suite 1920<br>Philadelphia, PA 19102<br>Attorney for Debtor<br><br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>Trustee |

　　　　　　　　/s/ Lauren M. Moyer
　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　ANN E. SWARTZ, ESQUIRE ID #201926
　　　　　　　LAUREN M. MOYER, ESQUIRE ID # 320589
　　　　　　　JOHN M. KOLESNIK, ESQUIRE ID # 308877
　　　　　　　Attorney for Lakeview Loan Servicing, LLC
　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　Philadelphia, PA 19109
　　　　　　　Telephone: (215) 790-1010
　　　　　　　Facsimile: (215) 790-1274
　　　　　　　Email: ecfmail@mwc-law.com